

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kyle Barrett, Candidate for Bowie County
Commissioners' Court, Precinct 3,
Appellant

No. 06-20-00042-CV          v.

Honorable James Boyd Strain, Candidate
for Bowie County Commissioners' Court,
Precinct 3, Appellee

Appeal from the 202nd District Court of
Bowie County, Texas (Tr. Ct. No. 20C0554-
202).  Memorandum Opinion delivered by
Justice Stevens, Chief Justice Morriss and
Justice Moseley* participating.  *Justice
Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Kyle Barrett, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 19, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk